UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY E. PETRINO,

Plaintiff,

-against-

LODGEWORKS PARTNERS, L.P. d/b/a Archer
Hotel,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2025_

25 Civ. 10088 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendant seeks to remove this action to federal court on the basis of diversity jurisdiction under 28 U.S.C. § 1332. *See* ECF No. 2 at 2. By **January 12, 2026**, Plaintiff shall indicate whether she contests removal to this court. By **January 5, 2026**, Defendant shall serve Plaintiff a copy of Defendant's notice of removal filed at ECF No. 2 and this order and file proof of such service on the docket.

SO ORDERED.

Dated: December 19, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge