UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY E. PETRINO<br><br>     Plaintiff,<br><br>  -against-<br><br>LODGEWORKS PARTNERS, L.P.<br>d/b/a Archer Hotel<br><br>     Defendant. | 25-CV-10088 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

My order on April 7, 2026 required Defendant to serve its third-party complaint on Third-Party Defendant at its last known physical and email addresses as well as to serve in a manner consistent with Rule 4. Defendant is ordered by April 20, 2026 to file a letter on the docket indicating what steps it has taken to comply with the requirement that he send the third-party complaint to Third-Party Defendant's last known physical and email addresses.

DATED: April 14, 2026      SO ORDERED.
     New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**