UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY E. PETRINO<br><br>                    Plaintiff,<br><br>      -against-<br><br>LODGEWORKS PARTNERS, L.P.<br>d/b/a Archer Hotel<br><br>                    Defendant. | 25-CV-10088 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

My order on March 18, 2026 required the parties to submit a joint status update on the status of discovery every month until the close of discovery, including on May 15, 2026. The parties have not complied.  Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **May 20, 2026**.

DATED:  May 19, 2026          SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**