UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY E. PETRINO

                Plaintiff,

    -against-

LODGEWORKS PARTNERS, L.P.  d/b/a Archer Hotel

                Defendant.

25-CV-10088 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the June 5, 2026 teleconference:

1.  Plaintiff shall provide signed HIPAA release forms to Defendants by **June 11, 2026**.

2.  The deadline for completing fact discovery is extended until **August 14, 2026**, and the deadline for completing expert discovery is extended until **September 30, 2026**.

3.  The deadline for parties to file motions for summary judgment and *Daubert* motions is **October 21, 2026**; the deadline for parties to file oppositions to such motions is **November 23, 2026**; and the deadline for parties to file replies, if any, in further support of such motions is **December 7, 2026**.

4.  The next status update is due on **July 15, 2026**.

DATED:  June 8, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**