UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY E. PETRINO

Plaintiff,

-against-

LODGEWORKS PARTNERS, L.P. d/b/a Archer Hotel

Defendant.

25-CV-10088 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on August 25, 2026:

1. The deadline for completing all discovery is extended until **October 13, 2026,** for the limited purposes of (a) completing the already scheduled depositions plus one additional deposition; (b) completing post-deposition paper discovery; and (c) providing responses to previously issued interrogatories.
2. The deadlines for briefing any motion for summary judgment motion are extended as follows:
   a. Any motions for summary judgement or *Daubert* motions shall be filed by **December 3, 2026**;
   b. Oppositions to any such motions shall be filed by **January 4, 2027**; and
   c. Replies in further support of such motions, if any, shall be filed by **January 25, 2027**.
2. The parties shall file on the docket joint status updates on **September 15, 2026** and **October 13, 2026** regarding the status of discovery.

3. I will issue a separate order concerning a settlement conference with another magistrate judge, with the conference to occur after **October 2, 2026**.

DATED: August 26, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**