UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY E. PETRINO

Plaintiff,

-against-

LODGEWORKS PARTNERS, L.P. d/b/a Archer Hotel

Defendant.

25-CV-10088 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 26, 2026, I ordered the parties to, among other things, file a joint status update regarding the status of discovery on September 15, 2026. (*See* ECF 40.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **September 17, 2026**.

DATED: September 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**